Jay Earl Smith, Esq.
Nevada Bar No. 1182
Joseph T. Prete, Esq.
Nevada Bar No. 9654
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: jes@slwlaw.com
  jtp@slwlaw.com
  kw@slwlaw.com
Attorneys for Defendants
Chase Home Finance LLC and
Mortgage Electronic Registration Systems, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH A. GUERRA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JUST MORTGAGE INC.; CHASE HOME FINANCE; MERS and DOES 1-10,<br><br>　　　　Defendants. | CASE NO.　2:10-cv-00029-KJD-RJJ<br><br>**MOTION OF CHASE HOME FINANCE LLC AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. TO STRIKE PLAINTIFF'S RESPONSE TO ADDITIONAL ANSWERS TO COMPLAINT** |

Defendants Chase Home Finance LLC ("Chase") and Mortgage Electronic Registration Systems, Inc. ("MERS") (collectively, the "Defendants"), by and through their undersigned counsel, respectfully request that the Court strike Plaintiff's Response to Additional Answers of Chase and MERS to Complaint (Docket Entry 53) (the "Response"), pursuant to Fed. R. Civ. P. 12(f).

. . .

Rule 12(f) provides, in pertinent part, that "[t]he court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Plaintiff's Response is, at best, a fugitive and redundant document that is not contemplated within the Federal Rules of Civil Procedure ("Federal Rules"), and it must be stricken.

Moreover, the Response must be stricken because it is prejudicial to Defendants. The Response attaches approximately 35 pages of documents, ostensibly in support of Plaintiff's argument that Defendants are unauthorized to sell the subject property or otherwise enforce the subject loan. While Defendants profoundly disagree with Plaintiff's argument, and disagree with Plaintiff's interpretation of the documents attached to the Response, the Federal Rules do not contemplate filing of responses to an answer, unless specifically ordered by the Court. *See* Fed. R. Civ. P. 7(a). The Response must be stricken in order to prevent Plaintiff's one-sided argument from becoming part of the record, which would be highly prejudicial to Defendants.

For each of the foregoing reasons, Defendants respectfully request that Plaintiff's Response be stricken from the records of this case.

DATED this ___ day of December, 2010.

SMITH LARSEN & WIXOM

/s/

Jay Earl Smith, Esq.
Nevada Bar No. 1182
Joseph T. Prete, Esq.
Nevada Bar No. 9654
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendants
Chase Home Finance LLC and
Mortgage Electronic Registration Systems, Inc.

2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30 day of December, 2010, a true copy of the foregoing **Motion of Chase Home Finance LLC and Mortgage Electronic Registration Systems, Inc. to Strike Plaintiff's Response to Additional Answers to Complaint** was served electronically via CM/ECF, or by mail, postage prepaid, to the following:

Joseph A. Guerra
8938 West Katie Ave.
Las Vegas, NV 89147
Plaintiff in Pro Per
(Service via mail)

James E. Murphy, Esq.
Laxalt & Nomura, Ltd.
6720 Via Austi Pkwy., Ste. 430
Las Vegas, NV 89119
jmurphy@laxalt-nomura.com
and
Reuben Yeroushalmi
Yeroushalmi & Associates
9100 Wilshire Blvd., Ste. 610E
Beverly Hills, CA 90212
reuben@yeroushalmi.com
Attorneys for Defendant
Just Mortgage, Inc.
(Service via CM/ECF)

_____
an employee of Smith Larsen & Wixom

3