UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| JOSEPH A. GUERRA, | ) | 2:10-CV-00029-KJD-RJJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JUST MORTGAGE INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter was referred to the undersigned Magistrate Judge on Plaintiff's Motion to Compel Chase to Answer QWR and VDL and Production of Documents; FRCP 26 and FRCP 34 (RESPA Affidavit 12 U. S. C. 2605) (Doc. #68).

The court having reviewed Plaintiff's Motion to Compel (#68) and Defendants JPMorgan Chase Bank, N.A. and Mortgage Electronic Registration Systems, Inc.'s Opposition (Doc. #73) finds that Plaintiff failed to meet and confer with Defendants as required by LR 26-7 and Fed. R. Civ. P. 37.

Based on the foregoing,

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Chase to Answer QWR and VDL and Production of Documents; FRCP 26 and FRCP 34 (RESPA Affidavit 12 U. S. C. 2605) (Doc. #68) is **DENIED**.

DATED this 6th day of September, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge