UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| JOSEPH A. GUERRA, | 2:10-CV-00029-KJD-RJJ |
| Plaintiff, | |
| vs. | **ORDER** |
| JUST MORTGAGE INC., et al., | |
| Defendants. | |

This matter was referred to the undersigned Magistrate Judge on Defendants JPMorgan Chase Bank, N.A., and Mortgage Electronic Registration Systems, Inc.'s Motion to Strike Plaintiff's Answers to First Set of Interrogatories and Motion to Compel (Docket No. 68) (Doc. #72) filed August 1, 2011.

Having reviewed Defendants' Motion to Strike (Doc. #72) and good cause appearing,

IT IS HEREBY ORDERED that Defendants JPMorgan Chase Bank, N.A., and Mortgage Electronic Registration Systems, Inc.'s Motion to Strike Plaintiff's Answers to First Set of Interrogatories and Motion to Compel (Docket No. 68) (Doc. #72) is **DENIED** because the Court denied Plaintiff's Motion to Compel; see Order #75 filed September 6, 2011.

DATED this 7th day of September, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge