UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JOSEPH A. GUERRA,

       Plaintiff,

vs.

JUST MORTGAGE, INC; *et al*,

       Defendant,

2:10-cv-29-KJD-RJJ

O R D E R

    IT IS HEREBY ORDERED that a hearing is scheduled for October 26, 2011, at 9:00 AM on Defendant Just Mortgage, Inc.'s Emergency Motion of Just Mortgage, Inc. to Compel Plaintiff's Deposition (#77). The hearing will be held in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

    DATED this  17th  day of October, 2011.

                                                      ROBERT J. JOHNSTON
                                                    United States Magistrate Judge