UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH A. GUERRA, ) | |
| ) | |
| Plaintiff, ) | 2:10-cv-29-KJD-RJJ |
| ) | |
| vs. ) | |
| ) | |
| JUST MORTGAGE, INC; *et al*, ) | <u>O R D E R</u> |
| ) | |
| Defendant, ) | |

    IT IS HEREBY ORDERED that a hearing is scheduled for October 26, 2011, at 9:00 AM on Defendant Just Mortgage, Inc.'s Emergency Motion of Just Mortgage, Inc. to Compel Plaintiff's Deposition (#77). The hearing will be held in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

    DATED this __17th__ day of October, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge