UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| JOSEPH A. GUERRA,<br><br>Plaintiff,<br><br>vs.<br><br>JUST MORTGAGE, INC., *et al.*<br><br>Defendant, | ) | 2:10-cv-29-KJD-RJJ<br><br><u>ORDER TO SHOW CAUSE</u> |

This matter is before the Court on the failure of Pro Se Plaintiff Joseph A. Guerra to attend the settlement conference held on June 29, 2012.

On May 23, 2012, the Court entered an Order Scheduling Settlement Conference (#86) setting a settlement conference for June 29, 2012, at 8:30 AM. Counsel for Defendant Just Mortgage Inc. and Defendant Chase Home Finance were present with client representatives. Pro Se Plaintiff, Joseph A. Guerra was not present. Further, Plaintiff failed to contact the court regarding his non-appearance. Good cause appearing therefore,

IT IS HEREBY ORDERED that a Show Cause hearing is scheduled for August 6, 2012, at 10:00 AM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that Pro Se Plaintiff, Joseph A. Guerra must be present in court on August 6, 2012, at 10:00 AM to show cause, if any he has, why he should not be sanctioned for his failure to appear at the settlement conference scheduled for June 29, 2012.

1  IT IS FURTHER ORDERED that on or before July 17, 2012, counsel for defendants present at the settlement conference shall file an affidavit of fees and costs incurred as a result of their attendance at the settlement conference held on June 29, 2012.

IT IS FURTHER ORDERED that a response to the affidavits for fees and costs, if any, shall be filed on or before July 24, 2012.

IT IS FURTHER ORDERED that the matter of attorney fees and costs related to attendance at the settlement conference will be heard concurrent with the Show Cause hearing scheduled for August 6, 2012.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the Pro Se Plaintiff, Joseph A. Guerra, by certified mail, return receipt requested.

DATED this  3rd  day of July, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge