JAMES E. MURPHY, ESQ.
Nevada Bar No.; 8586
LAXAL & NOMURA, LTD.
6720 Via Austi Parkway, Suite 430
Las Vegas, Nevada 89119
Telephone: (702) 388-1551
Facsimile: (702) 388-1559
jmurphy@laxalt-nomura.com

M. STEPHEN CHO, ESQ. (S.B.N. 218430)
(*PRO HAC VICE*)
CHO SHEASBY CHUNG & IGNACIO, LLP
10535 Foothill Blvd., Suite 460
Rancho Cucamonga, CA 91730
Telephone: (909) 581-1445
Facsimile: (909) 581-1332
scho@cscilaw.com

Attorneys for Defendant, Just Mortgage, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH A. GUERRA,<br><br>    Plaintiff,<br><br>v.<br><br>JUST MORTGAGE, INC.; CHASE HOME FINANCE; MERS and DOES 1 through 10,<br><br>    Defendants. | Case No.: 2:10-cv-00029-KJD-RJI<br><br>DEFENDANT JUST MORTGAGE, INC.'S JOINDER TO JPMORGAN CHASE BANK, N.A.'S RESPONSE TO PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S ORDER |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

///

///

Defendant, JUST MORTGAGE INC. (hereinafter referred to as "JMI"), by and through its undersigned counsel respectfully submits this joinder to the Response of JPMorgan Chase Bank, N.A. to Plaintiff's objection to the magistrate order.

Defendant, JUST MORTGAGE INC., agrees with the legal arguments and assertions set forth in the response of JPMorgan Chase Bank, N.A. to Plaintiff's objection to the magistrate order, and therefore incorporates by reference all arguments raised therein.

DATED: September 21, 2012                    CHO SHEASBY CHUNG & IGNACIO, LLP

                                             By: _____
                                                 M. Stephen Cho, Esq.
                                                 (pr hac vice)
                                                 Attorneys for defendant
                                                 JUST MORTGAGE, INC.

2

DEFENDANT JUST MORTGAGE, INC.'s JOINDER TO JPMORGAN CHASE BANK, NA'S RESPONSE TO PLAINTIFF'S OBJECTION TO MAGISTRATE ORDER

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of CHO SHEASBY CHUNG & IGNACIO, LLP., and that on the 21st day of September, 2012, I caused to be served a true and correct copy of the foregoing by:

☒ E-Service through CM/ECF System.

☒ Mail on the parties listed below in said action, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At the Law Offices of Cho Sheasby Chung & Ignacio, LLP, mail placed in that designated area is given the correct amount of postage and is deposited that same date in the ordinary course of business, in a United States mailbox in the City of Rancho Cucamonga, California, County of San Bernardino.

☐ Personal delivery by causing a true copy thereof to be hand delivered this date to the address(es) at the address(es) set forth below.

Joseph A. Guerra     (via U.S. Mail)
8938 W. Katie Avenue
Las Vegas, NV 89147
*Plaintiff in Proper Person*

Jay E Smith, Esq.
Joseph T. Prete, Esq.
Katie M. Weber, Esq.
Smith Larson & Wixom
Hill Center Business Park
1935 Village Center Cr
Las Vegas, NV 89134
Fax: 702-252-5006
Email: jes@slwlaw.com
Email: jtp@slwlaw.com
Email: kw@slwlaw.com
*Attorneys for Defendants Chase Home Mortgage and MERS*

_____
Carlo C. Ignacio/An employee of Cho Sheasby Chung & Ignacio, LLP

CERTIFICATE OF SERVICE