Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:   (702) 252-5002
Fax:   (702) 252-5006
Email: kfl@slwlaw.com
       kw@slwlaw.com
Attorneys for Defendants
JPMorgan Chase Bank, N.A., as successor
by merger to Chase Home Finance LLC, and
Mortgage Electronic Registration Systems, Inc.,

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH A. GUERRA,<br><br>  Plaintiff,<br><br>v.<br><br>JUST MORTGAGE INC.; CHASE EHOME FINANCE; MERS and DOES 1-10,<br><br>  Defendants. | CASE NO.   2:10-cv-00029-KJD-RJJ<br><br>**REPLY IN SUPPORT OF MOTION OF JPMORGAN CHASE BANK, N.A. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. TO STRIKE PLAINTIFF'S SECOND AMENDED COMPLAINT (DOCKET NO. 119)** |

Defendants JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance LLC ("Chase"), and Mortgage Electronic Registrations Systems, Inc. ("MERS") (collectively, "Defendants"), by and through their undersigned counsel, hereby reply to the Objection (the "Objection") to their Motion to Strike Plaintiff's Second Amended Complaint (the "Motion to Strike") filed by Plaintiff Joseph A. Guerra. As set forth in the Motion to Strike, Plaintiff's Second Amended Complaint must be stricken because it has been filed without Defendants' consent or the court's leave, as required by Fed. R. Civ. P. 15(a)(2).

In response to the Motion to Strike, Plaintiff appears to argue that he submitted the Second Amended Complaint pursuant to L.R. 15-1(a). (*See,* Objection, pp. 1-2.) However, Plaintiff could have submitted a proposed amended complaint as an exhibit to his motion to amend without actually filing the amended complaint. Instead, he has prejudiced Defendants by filing the Second Amended Complaint without any leave of this Court to do so, and the improper filing must be stricken.

The remainder of Plaintiff's Objection contains arguments that are irrelevant to deciding the Motion to Strike, and, indeed, are irrelevant to this entire action. First, Plaintiff appears to argue that Chase does not have authority to foreclose on his property. (*Id.,* pp. 2-3.) However, this argument is wholly irrelevant, given that Plaintiff's wrongful foreclosure action was dismissed **with prejudice** nearly two years ago. (*See* Order, dated November 22, 2010, Docket No. 51, pp. 6.) Second, Plaintiff asserts that Defendants have committed fraud upon this Court. (Objection, p. 3.) Again, any fraud allegations are irrelevant in this action because Plaintiff's fraud claims have also been dismissed **with prejudice**. (*See,* Order, dated November 22, 2010, Docket No. 51, pp. 7.) Moreover, in any event, Plaintiff's arguments provide no sustainable basis for the filing of the Second Amended Complaint. Accordingly, the Motion to Strike must be granted, and Plaintiff's Second Amended Complaint must be stricken from the Court's record.

DATED this 19 day of November, 2012.

SMITH LARSEN & WIXOM

Kent F. Larsen, Esq.
Nevada Bar No. 3463
Katie M. Weber, Esq.
Nevada Bar No. 11736
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Defendants JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance LLC, and Mortgage Electronic Registration Systems, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 19, 2012 a true copy of the foregoing **Reply in Support of Motion of JPMorgan Chase Bank, N.A. and Mortgage Electronic Registration Systems, Inc. to Strike Plaintiff's Second Amended Complaint (Docket No. 119)** was filed electronically via the court's CM/ECF system and served either electronically or by mail, postage prepaid, to the following as noted:

Joseph A. Guerra
8938 West Katie Ave.
Las Vegas, NV 89147
Plaintiff in Pro Per
**(Service via U.S. Mail)**

James E. Murphy, Esq.
Laxalt & Nomura, Ltd.
6720 Via Austi Pkwy., Ste. 430
Las Vegas, NV 89119
jmurphy@laxalt-nomura.com
and
Reuben Yeroushalmi
Yeroushalmi & Associates
9100 Wilshire Blvd., Ste. 610E
Beverly Hills, CA 90212
reuben@yeroushalmi.com
Attorneys for Defendant
Just Mortgage, Inc.
**(Service via CM/ECF)**

_____
an employee of Smith Larsen & Wixom