JAMES E. MURPHY, ESQ.
Nevada Bar No. 8586
LAXALT & NOMURA, LTD.
6720 Via Austi Parkway
Suite 430
Las Vegas, Nevada 89119
Telephone: (702) 388-1551
Facsimile: (702) 388-1559
jmurphy@laxalt-nomura.com
*Attorneys for Defendant Just Mortgage, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH A. GUERRA,<br><br>Plaintiff,<br><br>v.<br><br>JUST MORTGAGE, INC.; CHASE HOME FINANCE; MERS and DOES 1 through 10,<br><br>Defendants. | CASE NO. 2:10-CV-29-KJD-RJJ<br><br>**JUST MORTGAGE, INC.'S INCORPORATED JOINDER TO (DOCKET NO. 131) OPPOSITION OF DEFENDANTS JP MORGAN CHASE BANK, N.A. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. TO PLAINTIFF'S MOTION TO STRIKE THEIR OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (DOCKET 127)** |

Defendant JUST MORTGAGE, INC. through its counsel LAXALT & NOMURA, LTD. submits its joinder to Docket 131, *OPPOSITION OF DEFENDANTS JP MORGAN CHASE BANK, N.A. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. TO PLAINTIFF'S MOTION TO STRIKE THEIR OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (DOCKET 127)*

1

1
2  filed in this matter November 26, 2012 and fully incorporated herein.
3      DATED this 28th day of November, 2012.
4
                                        LAXALT & NOMURA, LTD.
5
6
7                                       _____
                                        JAMES E. MURPHY, ESQ.
8                                       Nevada Bar No. 8586
                                        LAXALT & NOMURA, LTD.
9                                       Attorneys for Defendant,
                                        JUST MORTGAGE, INC.
10
11
12
...
28

2

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of LAXALT & NOMURA, LTD., and that on the ___ day of November, 2012, I caused to be served a true and correct copy of the foregoing by:

☒ E-Service through CM/ECF System.

☒ Mail on the parties listed below in said action, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At the Law Offices of Laxalt & Nomura, mail placed in that designated area is given the correct amount of postage and is deposited that same date in the ordinary course of business, in a United States mailbox in the City of Las Vegas, County of Clark, Nevada.

☐ Personal delivery by causing a true copy thereof to be hand delivered this date to the address(es) at the address(es) set forth below.

☐ Facsimile on the parties in said action by causing a true copy thereof to be telecopied to the number indicated after the address(es) noted below.

☐ Federal Express or other overnight delivery.

Joseph A. Guerra     (via U.S. Mail)
8938 W. Katie Avenue
Las Vegas, NV 89147
*Plaintiff in proper person*

Jay E Smith, Esq.
Joseph T. Prete, Esq.
Katie M. Weber, Esq.
Smith Larson & Wixom
Hill Center Business Park
1935 Village Center Cr
Las Vegas, NV 89134
Fax: 702-252-5006
Email: jes@slwlaw.com
Email: jtp@slwlaw.com
Email: kw@slwlaw.com
*Attorneys for Defendants Chase Home Mortgage and MERS*

Nancy Rozan/An employee of Laxalt & Nomura, Ltd.

3